**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| NIKE USA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO: 3:23-CV-00209-JD-MGG |
| CARDINAL PROMOTIONS, INC. | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) ) |
| NORTHWEST BANK, | ) ) |
| Third-Party Defendant. | ) |

## APPEARANCE OF SEAN M. TOWNER

To the Clerk of this Court and all parties of record:

I, the below-signed, state that, pursuant to N.D.Ind.L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare, under penalty for perjury, that the foregoing is true and correct.

Enter my appearance on behalf of Third-Party Defendant Northwest Bank.

*/s/ Sean M. Towner*
Sean M. Towner (29082-71)
Attorney for Northwest Bank
MAY OBERFELL LORBER
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
(574) 243-4100

### CERTIFICATE OF SERVICE

I certify that service of the above document was made upon all attorneys of record via CM/ECF this 2nd day of June, 2022.

*/s/ Sean M. Towner*
Sean M. Towner